UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:08-CR-90 |
| V. | ) | (VARLAN/GUYTON) |
| | ) | |
| JEFFREY LYNN MATHIS, JR., | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court on the government's Motion for Extension of Time. [Doc. 40] The government moves the Court for an extension of time until and including March 18, 2009, to respond to the defendant's post hearing brief relating to the pending suppression motion. As grounds, the government states that additional time is needed because of a trial in another criminal matter and because of oral argument before the United States Court of Appeals for the Sixth Circuit. The government states that the defendant does not oppose the motion. For good cause shown, the government's motion [Doc. 40] is hereby **GRANTED**. The government shall have until and including March 18, 2009, to file its response to the defendant's post hearing brief.

**IT IS SO ORDERED.**

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge